IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | NO. 08-628-2 |
| v. | : | |
| | : | CIVIL ACTION |
| SALVADOR GONZALEZ | : | NO. 11-6801 |

## O R D E R

**AND NOW**, this 11th day of June, 2012, upon careful consideration of the defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 174), the government's response (Doc. No. 177), and the defendant's reply thereto (Doc. No. 182), , **IT IS HEREBY ORDERED** that:

1. The defendant's petition for relief pursuant to 28 U.S.C. § 2255 is **DENIED** and **DISMISSED**.

2. There is no probable cause to issue a certificate of appealability because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253.

3. The Clerk of the Court is directed to mark this case **CLOSED** for all purposes.

                                                 BY THE COURT:

                                                 /s/ *Lawrence F. Stengel*
                                                 LAWRENCE F. STENGEL, J.